# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VANESSA WILSON, a married woman,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRAD FORTHUN and JANE DOE FORTHUN, husband and wife and the marital community composed thereof; and UNITED STATES OF AMERICA – UNITED STATES CUSTOMS AND BORDER PATROL,<br><br>　　　　　　　Defendants. | NO:  CV-10-267-RMP<br><br>ORDER GRANTING DEFENDANTS' MOTION TO SUBSTITUTE PARTY BRAD FORTHUN AND THE UNITED STATES CUSTOMS AND BORDER PATROL |

BEFORE the Court is Defendants' Motion to Substitute Party Brad Forthun and the United States Customs and Border Patrol (Ct. Rec. 6).  Pursuant to the United States' Notice of Substitution in the above referenced matter, **IT IS HEREBY ORDERED**:

　　1. The Defendants' Motion to Substitute (**Ct. Rec. 6**) is **GRANTED**.

ORDER GRANTING DEFENDANTS' MOTION TO SUBSTITUTE PARTY BRAD FORTHUN AND THE UNITED STATES CUSTOMS AND BORDER PATROL ~ 1

2. The United States of America is substituted as the sole defendant in this action in place of the United States Customs and Border Patrol and in place of Brad Forthun, and his marital community.

3. Plaintiff and Defendant are directed to identify the Defendant in this matter as the United States of America in all future pleadings.

The District Court Executive is hereby directed to enter this Order, correct the caption, and provide copies of this Order to counsel.

**DATED** this 7th day of January, 2011.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Court Judge

ORDER GRANTING DEFENDANTS' MOTION TO SUBSTITUTE PARTY BRAD FORTHUN AND THE UNITED STATES CUSTOMS AND BORDER PATROL ~ 2